# EXHIBIT 47



OVER 10,000 ENTRIES

# Microsoft Computer Dictionary

## Fifth Edition



- Fully updated with the latest technologies, terms, and acronyms
- Easy to read, expertly illustrated
- Definitive coverage of hardware, software, the Internet, and more!

IV-VMWARE-00003726

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 2002 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Computer Dictionary.--5th ed.
      p. cm.
    ISBN 0-7356-1495-4
      1.  Computers--Dictionaries.    2.  Microcomputers--Dictionaries.

   AQ76.5. M52267    2002
   004'.03--dc21                                           200219714

Printed and bound in the United States of America.

2  3  4  5  6  7  8  9     QWT     7  6  5  4  3  2

Distributed in Canada by H.B. Fenn and Company Ltd.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office or contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at www.microsoft.com/mspress. Send comments to *mspinput@microsoft.com*.

Active Desktop, Active Directory, ActiveMovie, ActiveStore, ActiveSync, ActiveX, Authenticode, BackOffice, BizTalk, ClearType, Direct3D, DirectAnimation, DirectDraw, DirectInput, DirectMusic, DirectPlay, DirectShow, DirectSound, DirectX, Entourage, FoxPro, FrontPage, Hotmail, IntelliEye, IntelliMouse, IntelliSense, JScript, MapPoint, Microsoft, Microsoft Press, Mobile Explorer, MS-DOS, MSN, Music Central, NetMeeting, Outlook, PhotoDraw, PowerPoint, SharePoint, UltimateTV, Visio, Visual Basic, Visual C++, Visual FoxPro, Visual InterDev, Visual J++, Visual SourceSafe, Visual Studio, Win32, Win32s, Windows, Windows Media, Windows NT, Xbox are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. Other product and company names mentioned herein may be the trademarks of their respective owners.

The example companies, organizations, products, domain names, e-mail addresses, logos, people, places, and events depicted herein are fictitious. No association with any real company, organization, product, domain name, e-mail address, logo, person, place, or event is intended or should be inferred.

**Acquisitions Editor:**  Alex Blanton
**Project Editor:**  Sandra Haynes

Body Part No. X08-41929

**title bar** *n.* In a graphical user interface, a horizontal space at the top of a window that contains the name of the window. Most title bars also contain boxes or buttons for closing and resizing the window. Clicking on the title bar allows the user to move the entire window.

**TLA** *n.* Acronym for **t**hree-**l**etter **a**cronym. An ironic term, usually used in jest on the Internet in e-mail, newsgroups, and other online forums, referring to the large number of acronyms in computer terminology, particularly those consisting of three letters.

**TLD** *n. See* top-level domain.

**TLS** *n.* Acronym for **T**ransport **L**ayer **S**ecurity. A standard protocol that is used to provide secure Web communications on the Internet or intranets. It enables clients to authenticate servers or, optionally, servers to authenticate clients. It also provides a secure channel by encrypting communications. TLS is the latest and a more secure version of the SSL protocol. *See also* authentication, communications protocol, SSL.

**TMS34010** *n. See* 34010, 34020.

**TN display** *n. See* twisted nematic display.

**TOF** *n. See* top-of-file.

**toggle**[1] *n.* An electronic device with two states or a program option that can be turned on or off using the same action, such as a mouse click.

**toggle**[2] *vb.* To switch back and forth between two states. For example, the Num Lock key on an IBM-style keyboard toggles the numeric keypad between numbers and cursor movement.

**ToggleKeys** *n.* A feature of Windows 9x and Windows NT 4 that sounds high and low beeps when one of the toggle keys (Caps Lock, Num Lock, or Scroll Lock) is turned on or off. *See also* typematic. *Compare* BounceKeys, FilterKeys, MouseKeys, ShowSounds, SoundSentry, StickyKeys.

**token** *n.* **1.** A unique structured data object or message that circulates continuously among the nodes of a token ring and describes the current state of the network. Before any node can send a message, it must first wait to control the token. *See also* token bus network, token passing, token ring network. **2.** Any nonreducible textual element in data that is being parsed—for example, the use in a program of a variable name, a reserved word, or an operator. Storing tokens as short codes shortens program files and speeds execution. *See also* Basic, parse.

**token bus** *n.* The IEEE 802.4 specification for token-passing networks based on a bus or tree topology. Token bus networks were designed primarily for manufacturing but the specification also corresponds to the ARCnet architecture used for LANs.

**token bus network** *n.* A LAN (local area network) formed in a bus topology (stations connected to a single, shared data highway) that uses token passing as a means of regulating traffic on the line. On a token bus network, a token governing the right to transmit is passed from one station to another, and each station holds the token for a brief time, during which it alone can transmit information. The token is transferred in order of priority from an "upstream" station to the next "downstream" station, which might or might not be the next station on the bus. In essence, the token "circles" through the network in a logical ring rather than a physical one. Token bus networks are defined in the IEEE 802.4 standards. *See also* bus network, IEEE 802 standards, token passing. *Compare* token ring network.

**token passing** *n.* A method of controlling network access through the use of a special signal, called a *token*, that determines which station is allowed to transmit. The token, which is actually a short message or a small packet, is passed from station to station around the network. Only the station with the token can transmit information. *See also* token bus network, token ring network. *Compare* collision detection, contention, CSMA/CD.

**token ring** *n.* Spelled with lowercase *t* and *r*, the IEEE specification 802.5 for token ring networks. *See also* token ring network.

**Token Ring** *n. See* Token Ring network.

**token ring network** *n.* A LAN (local area network) formed in a ring (closed loop) topology that uses token passing as a means of regulating traffic on the line. On a token ring network, a token governing the right to transmit is passed from one station to the next in a physical circle. If a station has information to transmit, it "seizes" the token, marks it as being in use, and inserts the information. The "busy" token, plus message, is then passed around the circle, copied when it arrives at its destination, and eventually returned to the sender. The sender removes the attached message and then passes the freed token to the next station in line. Token ring networks are defined in the IEEE 802.5 standards. *See also* IEEE 802 standards, ring network, token passing. *Compare* token bus network.

IV-VMWARE-00004257