UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **Intellectual Ventures I LLC and Intellectual Ventures II LLC,**<br><br>    Plaintiffs/Counter-Defendants,<br><br>    v.<br><br>**VMware, Inc.,**<br><br>    Defendant/Counter-Plaintiff. | Civil Action No. 1:19-CV-1075-ADA<br><br>JURY TRIAL DEMANDED |

**JOINT CLAIM CONSTRUCTION STATEMENT**

In accordance with the Court's December 9, 2019 Order Governing Proceedings – Patent Case (Dkt. No. 44), the parties hereby submit this Joint Claim Construction Statement.

**A.      Consolidated Briefing**

The consolidated briefing by Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC ("IV" or "Plaintiffs") is attached herein as Exhibit A. The consolidated briefing by Defendant VMware, Inc. ("VMware" or "Defendant") is attached herein as Exhibit B.

**B.      Agreed-Upon Constructions**

The parties met and conferred and have been able to reach agreement regarding the construction of the certain terms in the asserted patents.

The chart below provides the construction of those claim terms upon which the parties agree.

| Term | Agreed-Upon Construction |
|---|---|
| "resource"<br><br>('686 patent, claims 5-7)<br>('726 patent, claims 1, 4-5, 8) | "set of functions and features of a physical host, such as disk space, memory, network capacity and processing cycles (CPU resources), used in implementing tasks for each virtual server" |

1

| | |
|---|---|
| "indication that a first physical host is overloaded"<br><br>('686 patent, claim 5-7) | "indication that a first physical host would not support additional resource allocations at that time" |
| "the first physical host is overloaded"<br><br>('686 patent, claims 7)<br>('726 patent, claims 1, 4-5) | "the first physical host will not support additional resource allocations at that time" |
| "agent"<br><br>('752 patent, claims 1, 3-4, 9 and 24) | "a process that occupies a place and that is mobile i.e. can move from a first place to a second place" |
| Preamble<br><br>('051 patent, claims 1, 3) | The preamble is limiting. |

**C.   Disputed Claim Constructions**

Exhibit C attached hereto identifies the disputed claim terms including each party's proposed construction of each disputed claim term.

Dated: April 17, 2020

                                      WINSTON & STRAWN LLP

                                      */s/ Katherine Vidal*
                                      Katherine Vidal
                                      Admitted Pro Hac Vice
                                      KVidal@winston.com
                                      Michael R. Rueckheim
                                      Texas State Bar No. 24081129
                                      MRuekheim@winston.com
                                      Winston & Strawn LLP
                                      275 Middlefield Road, Suite 205
                                      Menlo Park, CA 94025
                                      Telephone:  (650) 858-6500
                                      Facsimile:  (650) 858-6559

                                      Thomas M. Melsheimer
                                      Texas State Bar No. 13922550
                                      M. Brett Johnson

        Texas State Bar No. 00790975
        MBJohnson@winston.com
        Michael A. Bittner
        MBittner@winston.com
        Admitted Pro Hac Vice
        Winston & Strawn LLP
        2121 N. Pearl St., 9th Floor
        Dallas, TX 75201
        Telephone:  (214) 453-6500
        Facsimile:  (214) 453-6400

        Vivek V. Krishnan
        Admitted Pro Hac Vice
        VKrishnan@winston.com
        DaWanna McCray
        Pro Hac Vice pending
        DMcCray@winston.com
        Winston & Strawn LLP
        35 W. Wacker Drive
        Chicago, IL 60601
        Telephone:  (312) 558-5600
        Facsimile:  (312) 558-5700

        William M. Logan
        Texas State Bar No. 24106214
        WLogan@winston.com
        Winston & Strawn LLP
        1111 Louisiana Street
        Houston, TX 77002
        Telephone:  (713) 651-2766
        Facsimile:  (713) 651-2700

        Attorneys for Defendant
        VMware, Inc.

        /s/ Robert R. Gilman
        DEREK GILLILAND
        State Bar No. 24007239
        SOREY, GILLILAND & HULL, LLP
        109 W. Tyler Street
        Longview, Texas 75601
        903.212.2822 (telephone)
        903.212.2864 (facsimile)
        derek@soreylaw.com

KARL RUPP
State Bar No. 24035243
NIX PATTERSON L.L.P.
1845 Woodall Rodgers Fwy. Suite 1050
Dallas, Texas 75201
972.831.1188 (telephone)
972.444.0716 (facsimile)
krupp@nixlaw.com

OF COUNSEL:

Paul J. Hayes
phayes@princelobel.com
Matthew Vella
mvella@princelobel.com
Robert R. Gilman
rgilman@princelobel.com
Jonathan DeBlois
jdeblois@princelobel.com
Alex Breger
abreger@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Fax: (617) 456-8100

COUNSEL for PLAINTIFFS

**CERTIFICATE OF SERVICE**

    I hereby certify that, on April 17, 2020, the foregoing document was electronically filed with the Clerk of Court using the Court's CM/ECF system which will send notification of such filing to all counsel of record, including counsel of record for Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC.

                                                               */s/Katherine Vidal*
                                                               Katherine Vidal