IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I, LLC AND INTELLECTUAL VENTURES II, LLC<br><br>   Plaintiff,<br> v.<br>VMWARE, INC.,<br><br>   Defendant. | Civil Action No. 1:19-CV-01075-ADA |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Intellectual Ventures I, LLC and Intellectual Ventures II, LLC ("Plaintiffs") and Defendant VMware, Inc. ("Defendant") announced to the Court that they have resolved Plaintiffs' claims for relief against Defendant asserted in this case and Defendant's claims, defenses and/or counterclaims for relief against Plaintiffs asserted in this case. Plaintiffs and Defendant have therefore requested that the Court dismiss Plaintiffs' claims for relief against Defendant with prejudice and Defendant's claims, defenses and or counterclaims for relief against Plaintiffs without prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiffs' claims for relief against Defendant are dismissed with prejudice and Defendant's claims, defenses and/or counterclaims for relief against Plaintiffs are dismissed without prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

**SIGNED** this 15th day of January, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE